STEPHEN L. THOMAS v. CHRISTOPHER DIETZ, CHAIRMAN, NEW JERSEY STATE PAROLE BOARD.

May 2, 1983.

Petition for certification denied.

SIMON ZISMAN v. B & H ENTERPRISE, INC.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN A. LOPEZ.

May 2, 1983.

Petition for certification denied.

LAURA DOYLE v. MARK A. HOTCHKISS.

May 2, 1983.

Petition for certification denied.